

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2018

No. 04-18-00493-CV

Travis **MENDIOLA**, Jr. and Brenda Mendiola,
Appellants

v.

Travis **MENDIOLA**, Sr.,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 15-04-0196-CVW
The Honorable Russell Wilson, Judge Presiding

## O R D E R

On September 10, 2018, we received a response from appellant advising us that payment has been made for preparation of the clerk's record. Accordingly, the clerk's record is due on or before October 10, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court